IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| LLOYD ANTHONY POWERS | § | |
| v. | § | CIVIL ACTION NO. 9:05cv8 |
| COMMISSIONER, SSA | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed with prejudice. No written objections have been filed by Plaintiff. A letter was submitted by Plaintiff's wife, Jackie Powers, on August 2, 2006. The letter is not signed by Plaintiff and Jackie Powers is not an attorney representing Plaintiff. Pursuant to Fed.R.Civ.P. 11(a), every pleading, written motion or other paper must be signed by either an attorney of record or by the party if the party is proceeding pro se. In any event, the letter does not reveal any errors in the Report and Recommendation. The Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and they are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

**SIGNED** this the 18 day of **August, 2006.**

_____
Thad Heartfield
United States District Judge